FILED by KS D.C.

Feb 3, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-10002-CR-KING/DAMIAN**

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(iv)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

DEYVIS BORROTO GIL,

　　Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Encourage and Induce Aliens to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(v)(I))

From a date unknown to the Grand Jury, up to and including December 5, 2021, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**DEYVIS BORROTO GIL,**

did knowingly and willfully conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in

violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2-21
### Encouraging and Inducing Aliens to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(iv))

On or about December 5, 2021, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**DEYVIS BORROTO GIL,**

did knowingly encourage and induce aliens, as set forth in Counts 2 through 21 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|---|---|
| 2 | J.C.M. |
| 3 | W.V.P. |
| 4 | O.C.C. |
| 5 | C.R.S.G. |
| 6 | N.G.P. |
| 7 | J.E.R. |
| 8 | J.R.C. |
| 9 | L.A.H.G. |
| 10 | J.R.C.P. |
| 11 | E.S.C.R. |
| 12 | A.L.C.R. |
| 13 | X.R.P. |
| 14 | M.A.D. |
| 15 | A.J.B.A. |

| Count | Alien |
|---|---|
| 16 | M.V.M. |
| 17 | E.D.L.C.D.T.V. |
| 18 | O.B.S.C. |
| 19 | D.C.B. |
| 20 | M.U.L. |
| 21 | A.R.R. |

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendant, **DEYVIS BORROTO GIL**, has an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

   b. any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

   c. any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
DANIEL CAHILL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DEYVIS BORROTO GIL,

           **Defendant.**          /

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [✓] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect  Spanish
4. This case will take  2-3  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   [✓]
   - II   6 to 10 days   [ ]
   - III   11 to 20 days   [ ]
   - IV   21 to 60 days   [ ]
   - V   61 days and over   [ ]

   (Check only one)
   - Petty   [ ]
   - Minor   [ ]
   - Misdemeanor   [ ]
   - Felony   [✓]

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

_____
Daniel Cahill
Special Assistant United States Attorney
Court ID No.    A5502753

*Penalty Sheet(s) attached                                             REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DEYVIS BORROTO GIL

**Case No:** _____

Count #: 1

Conspiracy to Encourage and Induce an Alien to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

* **Max. Penalty**: 10 years' imprisonment

Counts #: 2-21

Encouraging and Inducing an Alien to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II)

***Max. Penalty:** 5 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.