UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 22-10002-CR-KING          Date: August 2, 2022     Judge James Lawrence King
Defendant: **Deyvis Borroto Gil**     Defense counsel: Stewart G. Abrams, AFPD.
AUSA:   Arielle Klepac for Jessica J. Ayer     U.S. Probation: Dianne Valdez

**JUDGMENT AND SENTENCE**

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count I |  | 21 |  |  |

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: ( ) none imposed   $0
( ) The court orders restitution
(**X**) Counts remaining dismissed  _2 - 21_
( ) Forfeiture Entered

(**X**) **SUPERVISED RELEASE**
( ) **PROBATION**

|  | YEARS |
|---|---|
| Count I | 1 |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement
( ) CONCURRENT ( ) CONSECUTIVE ( ) Self Employment Restriction
( ) Substance Abuse Treatment  ( ) Financial Disclosure  ( ) Permissible Search ( ) Mental Health Treatment  ( ) IRS Cooperation ( ) Healthcare Business Related Restrictions (**X**) Unpaid Restitution, fines and special assessment if any;  ( ) 50 hours Community Service ( ) No New Debt Restriction
( ) Relinquishment of License

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends: Designation at FCI Miami, or FCI Coleman, Florida
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.        ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Court hereby Adopts the R&R by Magistrate Snow and Adjudicate the defendant Guilty as to Counts I and II of the Indictment
- Defendant's Objection to the Pre-Sentence Investigation Report re: Motion for Variance from Advisory Guideline range; and Guideline Calculations (Special Skills/Reduction of 3 levels)
- The Court finds that the Objections be and the same are hereby -**OVERRULED - DENIED**

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Dawn Savino